

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00485-CV

Bill **FLETCHER** and Rachelle Fletcher,
Appellants

v.

Erin **DAY** and Patrick Vanderwarker,
Appellees

From the 348th District Court, Tarrant County, Texas
Trial Court No. 348-228247-08
The Honorable Dana M. Womack, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellees Erin Day and Patrick Vanderwarker recover their costs of this appeal from Appellants Bill Fletcher and Rachelle Fletcher.

SIGNED July 31, 2013.

_____
Karen Angelini, Justice